# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br><br>Laborers' Pension Fund and Laborers' Welfare Fund,<br>Plaintiffs,<br>v.<br>Doug & Steve Construction, Inc.<br>Defendant. | Case Number:<br>FILED: AUGUST 28, 2008<br>08CV4933<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE BROWN<br>AO |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Laborers' Pension and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago Vicinity and James S. Jorgensen.

---

| |
|---|
| NAME (Type or print)<br>Wesley Kennedy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/   /s/ Wesley Kennedy |
| FIRM<br>Allison, Slutsky & Kennedy, P.C. |
| STREET ADDRESS<br>230 W. Monroe Street, Suite 2600 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6188089 | TELEPHONE NUMBER<br>(312) 364-9400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |